**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBERT VARVIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 4:23-CV-817 RHH |
| | ) |
| **MARTIN O'MALLEY,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner is **AFFIRMED**.

Dated this 16th day of May, 2024.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE